AO 91 (Rev. 11/11) Criminal Complaint

ECF No 1

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Aug 26, 2026
SEAN F. MCAVOY, CLERK

United States of America
v.

JOSE ARIAL MAURICIO ALVAREZ

*Defendant(s)*

Case No. 1:26-MJ-04148-ACE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 26, 2026 in the county of Kittitas in the Eastern District of Washington, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) | Assaulting, Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

ANTHONY R TILLETT Digitally signed by ANTHONY R TILLETT Date: 2026.08.26 16:03:10 -07'00'

*Complainant's signature*

Anthony Tillett, Special Agent, HSI

*Printed name and title*

☑ Sworn to telephonically and signed electronically

☐ Sworn to before me and signed in my presence.

Date: 08/26/2026

*Judge's signature*

City and state: Yakima, Washington

ALEXANDER C. EKSTROM, U.S. Magistrate Judge

*Printed name and title*

AUSA: BDS

COUNTY: Kittitas

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Anthony Tillett, having been duly sworn, do hereby depose and state as follows:

## I. AFFIANT'S QUALIFICATIONS, TRAINING AND EXPERIENCE

1. I, Anthony Tillett, am employed as a Special Agent (SA) with Homeland Security Investigations (HSI) and am currently assigned to the Office of the Resident Agent in Charge in Yakima, Washington (WA) and have been so employed since February of 2010. My training includes the Criminal Investigator Training Program (CITP) and ICE Special Agent Training Program (SAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I received training in immigration investigations, and enforcement of federal laws. I have been involved in numerous federal and state investigations.

2. The facts and opinions set forth in this affidavit have been derived from the above-described training and experience, as well as my personal participation in this investigation, and from information provided to me by agents and/or officers from other federal, state, and local law enforcement agencies.

## COMPLAINT

3. On August 26, 2026, at approximately 6:30 AM, officers with United States (US) Immigration and Customs Enforcement (ICE) and Enforcement Removal Operations (ERO), were in the area of 209 W. Mount Adams Court,

Ellensburg, WA (TARGET RESIDENCE) attempting to locate and arrest Jose Arial MAURICIO Alvarez. ERO officers had information indicating MAURICIO is a national and citizen of Mexico and was present in the US without permission. ERO officers had an administrative immigration warrant (I-200) for MAURICIO's arrest. ERO officers believed MAURICIO resided at the TARGET RESIDENCE. ERO officers knew MAURICIO drove a grey 2007 Toyota Tacoma with California plate 69801F4 (TARGET VEHICLE).

4. ERO officers observed the TARGET VEHICLE parked near the TARGET RESIDENCE. ERO officers observed an individual matching MAURICIO's physical characteristics exit the TARGET RESIDENCE and get into the driver's seat of the TARGET VEHICLE. ERO officers observed a second subject exit the TARGET RESIDENCE and enter the passenger side of the TARGET VEHICLE. All present ERO officers were identified as law enforcement officers by their duty gear and had POLICE insignia displayed. All present ERO government owned vehicles (GOVs) were equipped with emergency red and blue lights and a siren.

5. Before MAURICIO could drive away in the TARGET VEHICLE, an ERO Officer turned on their GOV's emergency lights and positioned their GOV (GOV 1) behind the TARGET VEHICLE. Two other ERO officers – driving two separate GOVs (GOV 2 & GOV 3) – turned on their GOV's emergency lights and

positioned their GOVs in front of the TARGET VEHICLE. This GOV positioning was done to prevent MAURICIO from fleeing. Two ERO officers – both wearing law enforcement gear with visible Police insignia – exited GOV 2 (positioned in front of TARGET VEHICLE) to contact MAURICIO. MAURICIO reversed the TARGET VEHICLE and struck GOV 1, which was occupied by an ERO officer. MAURICIO then drove forward and turned to the right to evade apprehension. Another ERO officer moved their GOV (GOV 4) towards the TARGET VEHICLE to prevent MAURICIO's escape. GOV 4 had its emergency lights activated prior to moving towards the TARGET VEHICLE. GOV4, which was occupied by an ERO officer, and the TARGET VEHICLE collided. MAURICIO continued fleeing in the TARGET VEHICLE. Another ERO GOV (GOV 5) was stopped on the street near GOV4. MAURICIO drove partially onto the sidewalk but still struck GOV 5 which was occupied by an ERO officer. GOV 5 didn't have its emergency lights activated. MAURICIO fled in the TARGET VEHICLE. A short time later, MAURICIO and the passenger subject bailed from the TARGET VEHICLE and fled on foot. ERO officers apprehended MAURICIO and the passenger subject after a brief foot pursuit. ERO officers contacted Ellensburg Police Department (EPD) for assistance. EPD responded and is investigating the incident. EPD arrested MAURICIO on state charges.

6. Post arrest, ERO requested assistance from HSI. HSI met the ERO officers at the Yakima ERO office. HSI took photos and videos of the involved GOVs as well as photos of the two ERO officers' (from GOV 2) law enforcement gear/insignia they were wearing at the time of the incident. All ERO officers were wearing body worn cameras at the time of the assault.

**CONCLUSION**

7. Based on the circumstances, I believe that on or about August 26, 2026, MAURICIO, in the Eastern District of Washington, did commit a violation of 18 U.S.C. § 111 in that he assaulted, resisted, opposed, impeded, intimidated, or interfered with a designated officer while engaged in their official duties.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

ANTHONY R TILLETT
Digitally signed by ANTHONY R TILLE
Date: 2026.08.26 16:04:02 -07'00'

Anthony Tillett, Special Agent
Homeland Security Investigations

SUBSCRIBED electronically and sworn to telephonically this 26th day of August 2026.

Alexander C. Ekstrom
United States Magistrate Judge