FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ARIAL MAURICIO ALVAREZ,

Defendant.

No. 1:26-MJ-04148-ACE

ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE AND QUASH ARREST WARRANT

**ECF No. 8**

****USMS ACTION REQUIRED****

Before the Court, pursuant to Federal Rule of Criminal Procedure 48(a), is the United States' Motion to Dismiss (ECF No. 8). Assistant United States Attorney Benjamin Seal represented the United States on this Motion.

The United States "may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). Prior to the commencement of trial, a defendant's consent is not required to dismiss under Rule 48(a). *United States v. Valencia*, 492 F.2d 1071, 1074 (9th Cir. 1974).

The Court makes no finding regarding the propriety of the dismissal of this action.

Defendant shall be released from the custody of the United States Marshals Service.

Having reviewed the Motion and found that the United States has complied with Rule 48(a), **IT IS ORDERED**:

1. The United States' Motion to Dismiss (**ECF No. 8**) is **GRANTED**.

2. The Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as to Defendant.

3. The Arrest Warrant (ECF No. 3) is **QUASHED.** Defendant shall be released from the custody of the United States Marshals Service.

4. All future hearings are **STRICKEN**.

5. The District Court executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**IT IS SO ORDERED**.

DATED October 29, 2026.

ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE